## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL ZAMBRANO,

    Plaintiff,

v.                                        CV No. 19-896 KWR/CG

ANDREW SAUL, Commissioner of the Social
Security Administration,

    Defendant.

### ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO EXTEND

**THIS MATTER** is before the Court on Plaintiff's *Unopposed First Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand* (the "Motion"), (Doc. 24), filed February 11, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until March 11, 2020, to file his Motion to Reverse and/or Remand; Defendant shall have until May 13, 2020, to file a Response; and Plaintiff shall have until May 27, 2020, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE