IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ZAMBRANO,
    Plaintiff,

v.                            CV No. 19-896 KWR/CG

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.

**ORDER GRANTING IN PART UNOPPOSED MOTION
TO EXTEND BRIEFING DEADLINES**

**THIS MATTER** is before the Court on Defendant's *First unopposed Motion For Extension of Time* (the "Motion"), (Doc. 27), filed May 12, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant's Response shall be filed no later than **May 18, 2020**, and Plaintiff may file a Reply no later than **June 1, 2020**. No further extensions will be gratned.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE